

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2015

No. 04-14-00367-CR

Andres Alfredo **SEGOVIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8592
Honorable Ray Olivarri, Judge Presiding

## O R D E R

    The State's brief was originally due December 10, 2014; however, the court granted an extension of time to file the brief until January 9, 2015.  On that date, the State filed a motion requesting an additional thirty days to file its brief.

    We **grant** the motion and order the State of Texas's brief due **February 9, 2015**. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court